Tammy J. SHAW; KGS, minor by her next friend; CAS, minor by her next friend; CJS, minor by her next friend, Plaintiffs—Appellants,

v.

LYNCHBURG DEPARTMENT OF SOCIAL SERVICES; Bob McDonnell, State Attorney General; Eleanor Dunn, Deputy City Attorney; Tim Kaine; Sally Barca; Lisa Parks; Dr. A.J. Anderson; Investigator Robert W. Moore, Defendants—Appellees.

No. 09–1210.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 15, 2009.

Decided: Sept. 22, 2009.

Tammy J. Shaw, Appellant Pro Se. Alexander W. Bell, Bell & Schneider, PLC, Lynchburg, Virginia; Paul Kugelman, Jr., Office of the Attorney General of Virginia, Richmond, Virginia; Nora Beth Dorsey, Daniel M. Kincheloe, Jodi Beth Simopoulos, Hancock, Daniel, Johnson & Nagle, PC, Glen Allen, Virginia, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tammy J. Shaw appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shaw v. Lynchburg Dep't of Soc. Servs.*, No. 6:08–cv–00022–nkm–mfu, 2009 WL 222663 (W.D.Va. Jan. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*